**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**BRAYDEN MCIE,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00590-AGM-PRL**

**OAK SPRING, INC., OCALA HOTEL INVESTMENT GROUP, LLC, SILVER SPRINGS HOSPITALITY, LLC, 3701 LEGACY, LLC,**

**Defendants,**
**_________________________________/**

## ORDER

This case is before the Court for consideration of Defendant Ocala Hotel Investment Group, LLC's motion to join Silver Springs Hospitality, LLC's amended motion to dismiss and incorporated memorandum of law (Doc. 20), as well as Defendants Oak Spring, Inc. and 3701 Legacy, LLC's motion to join Silver Springs Hospitality's amended motion to dismiss complaint. (Doc. 16).

Defendant Ocala Hotel Investment Group recites that the legal and factual arguments advanced in Silver Springs's amended motion to dismiss apply equally to Ocala Hotel Investment Group. Ocala Hotel Investment Group states that it joins the arguments, authorities, and requests for relief set forth in Silver Springs's Amended Motion to Dismiss and Incorporated Memorandum of Law (Doc. 14) regarding Plaintiff's lack of Article III standing, failure to state a claim under the ADA, and lack of available relief, and asks this Court to also dismiss the Complaint against Ocala Hotel Investment Group. Likewise,

Defendants Oak Spring, Inc. and 3701 Legacy, LLC seek to adopt and incorporate by reference the same arguments, authorities, and requests for relief.

Accordingly, upon due consideration, Defendant Ocala Hotel Investment Group, LLC's motion to join Silver Springs Hospitality, LLC's amended motion to dismiss and incorporated memorandum of law (Doc. 20) and Defendants Oak Spring, Inc. and 3701 Legacy, LLC's motion to join Silver Springs Hospitality's amended motion to dismiss complaint (Doc. 16) are **GRANTED**.

**DONE** and **ORDERED** in Ocala, Florida on September 16, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties